UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01321-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 13) |

　　　　Pending before the Court is the parties' stipulation, filed April 3, 2023, in which they request a 60-day extension of time for the filing of Plaintiff's motion for summary judgment (extending the filing date to June 9, 2023).  For the reasons set forth in the stipulation, the Court finds good cause to grant Plaintiff's requested extension.

　　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, Plaintiff Mai Lee's deadline to file a Motion for Summary Judgment shall be extended to **June 9, 2023**.  Defendant shall file any cross-motion for summary judgment within 45 days after Plaintiff files her opening brief, and Plaintiff may file an optional reply brief within 15 days thereafter.

IT IS SO ORDERED.

　　Dated:   **April 4, 2023**　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE